| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran.* |
|---|---|---|
| | | (1129) 3:01CR117(01) |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec.* |

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| | Northern District of Florida | Pensacola Division |
| Steven Rivera<br>611 N. San Augustine<br>San Antonio, Texas 78228 | NAME OF SENTENCING JUDGE | |
| | Honorable Roger Vinson | |
| | DATES OF SUPERVISED | FROM | TO |
| | | 09/09/2005 | 09/08/2009 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute 100 Kilograms or More of Marijuana, in violation of 21 USC §§ 841(a)(1), (b)(1)(B)(vii), and 846.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT _____NORTHERN_____ DISTRICT OF _____FLORIDA_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Western District of Texas/San Antonio Division** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/12/06
Date                                      United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT _____WESTERN_____ DISTRICT _____TEXAS_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6-26-06
Effective Date                              United States District Judge

FILED 06 AUG -1 PM 4:16 OFFICE OF CLERK U.S. DISTRICT NORTHERN DIST.